# EXHIBIT C



|  | COSI, INC.<br>500 Rutherford Avenue, Ste. 130<br>Charlestown, MA 02129<br>Main Tel: (857) 415-5000<br>Website: www.getcosi.com | Writer's Information:<br>**Vicki Baue**<br>**VP & General Counsel, CCO**<br>Direct Tel.:312.310.1336<br>E-Fax: 847.580.4964<br>vbaue@getcosi.com |

October 11, 2018

VIA EMAIL (DAN.COX@DMADELIVERS.COM)
(WITH COPY VIA OVERNIGHT DELIVERY)

Dan Cox
Distribution Market Advantage, Inc.
1515 Westfield Rd.
Schaumburg, IL 60173

VIA EMAIL (BRIAN.LARSEN@GFS.COM)
(WITH COPY VIA OVERNIGHT DELIVERY)

Brad Larsen
Gordon Food Service, Inc.
1300 Gezon Parkway SW
Wyoming, MI 49509

WITH COPIES VIA EMAIL TO:

| Lou Magnelli<br>VP, Customer Solutions<br>DMA<br>Tel: 847-252-1169<br>lou.magnelli@dmadelivers.com | Rob Schantz<br>National Account Manager<br>GFS<br>Tel: 616-717-6395<br>Rob.Schantz@GFS.com | Thomas Haggerty<br>National Account Coordinator<br>GFS<br>Tel: 616-717-7703<br>Thomas.haggerty@gfs.com | Vera Harrison<br>Contract Administrator<br>GFS<br>Tel: 616-717-4905<br>vera.harrison@gfs.com |

Re: Foodservice Distribution Agreement with a Term of March 1, 2016 – February 28, 2020 (as amended, the "Agreement") between Distribution Market Advantage, Inc., Ben E. Keith Company[1], and Gordon Food Service, Inc. (collectively, the "Distributors"), and Cosi, Inc., as amended by the First Amendment effective June 1, 2016, and as further amended by the Second Amendment effective January 1, 2017

Dear Messrs. Cox and Larsen:

Pursuant to Section 19.1.4 thereof, this letter serves as written notice that Cosi, Inc. ("Cosi") intends to terminate the above-referenced Agreement effective February 8, 2019, unless an earlier effective date is agreed to by the parties. Cosi is interested in the possibility of a 60- or 90-day effective termination date if agreed to by the parties, and we will be in touch to discuss that possibility and the transition.

The parties have had a long-term business relationship, and we look forward to working with you and your teams to effect a smooth transition.

If you have any questions, please contact Steven Grover, EVP Purchasing & Development, at 703.533.1277 or steven.grover@getcosi.com, or me at 312.310.1336 or vbaue@getcosi.com.

Very truly yours,
COSI, INC.

*Vicki Baue*

Vicki Baue,
VP & General Counsel, CCO

cc: Andrew Berger, Cosi, Inc.
Steven Grover, Cosi, Inc.

---

[1] Ben E Keith Company is no longer servicing any of the Cosi units.