# EXHIBIT D

| Customer ID | F# | Acct Mgr | Regional MGR | Customer DESC | Terms ID | Terms DESC | Static Balance | Current Amount | 1 X | 2 X | Over 2 | F.C. Bal. | sent to ARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100031958 | | | | COSI #004 - 4TH & CHESTNUT | COSI INC | Weekly Terms 14 Days | $18,027.55 | $299.19 | $6,823.77 | $1,991.80 | $8,753.01 | $252.52 | 1/2/2019 |
| 100031963 | | | | COSI #010 - 36TH & WALNUT | COSI INC | Weekly Terms 14 Days | $21,876.15 | $1,558.82 | $7,272.11 | $0.00 | $12,826.81 | $292.10 | 1/2/2019 |
| 100031969 | | | | COSI #022 - HARTFORD | COSI INC | Weekly Terms 14 Days | $20,877.72 | $538.94 | $6,840.56 | $3,040.11 | $10,458.11 | $86.47 | 12/21/2018 |
| 100031974 | | | | COSI #026 - EAST 56 | COSI INC | Weekly Terms 14 Days | $24,948.53 | $1,989.03 | $7,573.01 | $1,795.43 | $13,591.06 | $152.27 | 12/21/2018 |
| 100031976 | | | | COSI #028 - 55 BROAD | COSI INC | Weekly Terms 14 Days | $22,769.76 | $538.94 | $11,904.82 | $1,731.10 | $8,594.90 | $191.06 | 12/21/2018 |
| 100031981 | | | | COSI #040 - MARKET ST | COSI INC | Weekly Terms 14 Days | $32,530.64 | $311.92 | $13,270.73 | $2,941.88 | $16,006.11 | $94.00 | 12/21/2018 |
| 100031982 | 87095 | Rob Schantz | Brian Larsen | COSI #041- 31ST & PARK | COSI INC | Weekly Terms 14 Days | $15,883.80 | $5,148.00 | $2,677.28 | $2,025.01 | $6,033.51 | $67.17 | 12/21/2018 |
| 100031986 | 87095 | Rob Schantz | Brian Larsen | COSI #046 - BALLSTON | COSI INC | Weekly Terms 14 Days | $27,123.38 | $311.92 | $11,958.93 | $3,449.69 | $11,402.84 | $104.94 | 12/21/2018 |
| 100031995 | 87095 | Rob Schantz | Brian Larsen | COSI #067 - MORRISTOWN | COSI INC | Weekly Terms 14 Days | $31,292.69 | $9,600.66 | $1,758.24 | $11,736.39 | $8,195.40 | $42.98 | 12/21/2018 |
| 100031996 | 87095 | Rob Schantz | Brian Larsen | COSI #075 - LARCHMONT | COSI INC | Weekly Terms 14 Days | $20,661.19 | $630.58 | $5,538.58 | $2,733.66 | $11,758.37 | $128.63 | 12/21/2018 |
| 100031998 | 87095 | Rob Schantz | Brian Larsen | COSI #077 - NEW ROCHELLE | COSI INC | Weekly Terms 14 Days | $25,033.63 | $810.56 | $7,168.94 | $5,015.24 | $12,038.89 | $152.60 | 12/21/2018 |
| 100032002 | 87095 | Rob Schantz | Brian Larsen | COSI #093 - EXTON | COSI INC | Weekly Terms 14 Days | $18,198.36 | $269.78 | $6,498.66 | $2,715.46 | $8,714.46 | $140.26 | 12/21/2018 |
| 100032003 | 87095 | Rob Schantz | Brian Larsen | COSI #094 - AVON | COSI INC | Weekly Terms 14 Days | $16,630.27 | $456.54 | $4,056.33 | $2,454.46 | $9,662.94 | $27.80 | 12/21/2018 |
| 100032008 | 87095 | Rob Schantz | Brian Larsen | COSI #106 - 498 SEVENTH | COSI INC | Weekly Terms 14 Days | $20,032.78 | $538.94 | $8,329.71 | $3,858.60 | $7,305.53 | $115.86 | 12/21/2018 |
| 100032012 | 87095 | Rob Schantz | Brian Larsen | COSI #144 - ELKINS PARK | COSI INC | Weekly Terms 14 Days | $21,863.52 | $269.78 | $8,010.02 | $3,368.94 | $10,214.78 | $59.98 | 12/21/2018 |
| 100032013 | 87095 | Rob Schantz | Brian Larsen | COSI #145 - STAMFORD | COSI INC | Weekly Terms 14 Days | $36,677.60 | $3,531.65 | $10,659.45 | $6,011.32 | $16,556.01 | $113.22 | 12/21/2018 |
| 100032015 | 87095 | Rob Schantz | Brian Larsen | COSI #147 - ROSSLYN | COSI INC | Weekly Terms 14 Days | $21,014.41 | $269.78 | $9,814.13 | $2,005.91 | $8,924.59 | $113.54 | 12/21/2018 |
| 100032017 | 87095 | Rob Schantz | Brian Larsen | COSI #150 - PLAINVIEW | COSI INC | Weekly Terms 14 Days | $18,430.57 | $6,141.51 | $2,866.99 | $2,921.84 | $6,500.23 | $44.61 | 12/21/2018 |
| 100032023 | 87095 | Rob Schantz | Brian Larsen | COSI #157 - 100 S CHARLES | COSI INC | Weekly Terms 14 Days | $24,259.64 | $227.64 | $12,032.77 | $2,457.02 | $9,336.17 | $297.85 | 1/2/2019 |
| 100032026 | 87095 | Rob Schantz | Brian Larsen | COSI #164 - FDIC/VIRGINIA SQUARE | COSI INC | Weekly Terms 14 Days | $18,093.00 | $269.78 | $9,062.85 | $1,204.14 | $7,406.14 | $246.68 | 1/2/2019 |
| 100032031 | 87095 | Rob Schantz | Brian Larsen | COSI #175 - CRYSTAL DRIVE | COSI INC | Weekly Terms 14 Days | $27,399.43 | $269.78 | $13,029.70 | $2,184.53 | $11,915.42 | $132.08 | 12/21/2018 |
| 100033303 | 113186 | Rob Schantz | Brian Larsen | COSI #202 - FEDERAL ST | Hearthstone Part | Weekly Terms 14 Days | $16,686.29 | $1,855.43 | $5,927.96 | $2,836.07 | $6,066.83 | $0.00 | 12/24/2018 |
| 100033305 | 113186 | Rob Schantz | Brian Larsen | COSI #204 - MILK ST | Hearthstone Part | Weekly Terms 14 Days | $19,573.44 | $1,525.50 | $7,554.58 | $2,150.62 | $8,342.74 | $40.07 | 12/24/2018 |
| 100033309 | 113186 | Rob Schantz | Brian Larsen | COSI #207 - AMERICAN MAIN | Hearthstone Part | Weekly Terms 14 Days | $42,856.71 | $3,294.55 | $11,028.85 | $10,818.50 | $17,714.81 | $115.77 | 12/24/2018 |
| 100033311 | 113186 | Rob Schantz | Brian Larsen | COSI #209 - MANSFIELD | Hearthstone Part | Weekly Terms 14 Days | $22,272.01 | $990.34 | $8,086.70 | $4,193.40 | $9,001.57 | $63.29 | 12/24/2018 |
| 100033312 | 113186 | Rob Schantz | Brian Larsen | COSI #210 - 125 HIGH ST | Hearthstone Part | Weekly Terms 14 Days | $31,636.82 | $2,713.47 | $10,998.80 | $3,157.18 | $14,767.37 | $84.05 | 12/24/2018 |
| 100033314 | 113186 | Rob Schantz | Brian Larsen | COSI #211 - WAREHAM | Hearthstone Part | 11 - Weekly Terms 14 Days | $24,436.15 | $2,068.97 | $7,205.03 | $4,175.36 | $10,986.79 | $52.91 | 12/24/2018 |
| 100038763 | 87095 | Rob Schantz | Brian Larsen | COSI #177 - AT THE KOHL CHILDREN | COSI INC | Weekly Terms 14 Days | $13,196.87 | $4,495.20 | $1,890.22 | $2,364.32 | $4,447.13 | $6.81 | 12/21/2018 |
| 100106443 | 87095 | Rob Schantz | Brian Larsen | COSI #178 SAUCON VALLEY | COSI INC | Weekly Terms 14 Days | $26,245.27 | $269.78 | $10,145.22 | $4,779.30 | $11,050.97 | $144.70 | 12/21/2018 |
| 100109283 | 113186 | Rob Schantz | Brian Larsen | COSI #214 - SEAPORT | Hearthstone Part | Weekly Terms 14 Days | $13,991.11 | $680.42 | $5,070.18 | $1,388.62 | $6,851.91 | $79.51 | 12/24/2018 |
| 100170906 | 87095 | Rob Schantz | Brian Larsen | COSI #301 SOUTH STATION | COSI INC | Weekly Terms 14 Days | $24,300.02 | $538.94 | $7,140.97 | $2,694.74 | $13,925.37 | $75.86 | 12/21/2018 |
| 100175040 | 87095 | Rob Schantz | Brian Larsen | COSI #302 - (1700 PENNSYLVANIA A) | COSI INC | Weekly Terms 14 Days | $52,903.92 | $405.96 | $25,043.39 | $5,803.45 | $21,651.12 | $252.67 | 12/21/2018 |
| 100175042 | 87095 | Rob Schantz | Brian Larsen | COSI #303 - 12TH & G | COSI INC | Weekly Terms 14 Days | $32,801.85 | $363.82 | $16,228.12 | $4,799.29 | $11,410.62 | $148.63 | 12/21/2018 |
| 100175043 | 87095 | Rob Schantz | Brian Larsen | COSI #304 - 10TH & E | COSI INC | Weekly Terms 14 Days | $34,570.43 | $383.47 | $15,458.35 | $5,408.90 | $13,319.71 | $137.73 | 12/21/2018 |
| 100175045 | 87095 | Rob Schantz | Brian Larsen | COSI #305 - (15 & K) | COSI INC | Weekly Terms 14 Days | $25,455.93 | $269.78 | $13,843.77 | $2,331.39 | $9,010.99 | $124.33 | 12/21/2018 |
| 100175046 | 87095 | Rob Schantz | Brian Larsen | COSI #306 - (601 PENN) | COSI INC | Weekly Terms 14 Days | $29,169.13 | $269.78 | $15,301.68 | $2,659.76 | $10,937.91 | $142.16 | 12/21/2018 |
| 100175048 | 87095 | Rob Schantz | Brian Larsen | COSI #307 - (1333H OFC BLDG) | COSI INC | Weekly Terms 14 Days | $25,460.82 | $269.78 | $13,155.55 | $2,631.44 | $9,404.05 | $64.98 | 12/24/2018 |
| 100175050 | 87095 | Rob Schantz | Brian Larsen | COSI #308 - (CHEVY CHASE) | COSI INC | Weekly Terms 14 Days | $23,777.40 | $269.78 | $8,370.37 | $2,639.23 | $12,498.02 | $100.21 | 12/24/2018 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 100176184 | 87095 | Rob Schantz | Brian Larsen | COSI #309 - GLEN MILLS | COSI INC | Weekly Terms 14 Days | $14,425.09 | $311.92 | $7,281.07 | $1,117.41 | $5,714.69 | $0.00 | 12/24/2018 |
| 100193836 | 87095 | Rob Schantz | Brian Larsen | COSI #311 - SECAUCUS | COSI INC | Weekly Terms 14 Days | $10,330.62 | $4,622.62 | $633.05 | $2,034.00 | $3,040.95 | $17.28 | 12/24/2018 |
| 100195141 | 87095 | Rob Schantz | Brian Larsen | COSI #902 - NY COMMISSARY | COSI INC | Weekly Terms 14 Days | $27,131.22 | $3,252.69 | $8,527.78 | $2,366.59 | $12,984.16 | $149.83 | 12/24/2018 |
| 100197267 | 87095 | Rob Schantz | Brian Larsen | COSI #901 - BOSTON COMMISSARY | COSI INC | Weekly Terms 14 Days | $42,340.17 | $5,504.90 | $15,318.78 | $3,085.84 | $18,430.65 | $130.40 | 12/24/2018 |
| 100201913 | 87095 | Rob Schantz | Brian Larsen | COSI #312 - HOOD PARK CAFE | COSI INC | Weekly Terms 14 Days | $103.53 | $0.00 | $0.00 | $0.00 | $103.53 | $0.00 | 12/24/2018 |
| 100258043 | 87095 | Rob Schantz | Brian Larsen | COSI #315 TERMINAL C LOGAN | COSI INC | Weekly Terms 14 Days | $28,994.67 | $2,178.40 | $4,816.88 | $9,091.17 | $12,908.22 | $143.66 | 12/24/2018 |
| 100260963 | 87095 | Rob Schantz | Brian Larsen | COSI #410 - CHOP - BURGER CENTER | COSI INC | Weekly Terms 14 Days | $17,790.58 | $2,761.13 | $2,969.67 | $3,469.31 | $8,590.47 | $171.17 | 12/24/2018 |
| 870950003 | 87095 | Rob Schantz | Brian Larsen | COSI #049 - SO MICHIGAN | COSI INC | Weekly Terms 14 Days | $15,628.23 | $2,076.66 | $5,355.69 | $2,553.26 | $5,642.62 | $119.52 | 12/24/2018 |
| 870950005 | 87095 | Rob Schantz | Brian Larsen | COSI #054 - FRANKLIN & WASHINGTON | COSI INC | Weekly Terms 14 Days | $59,051.22 | $21,026.37 | $5,162.23 | $16,034.70 | $16,827.92 | $124.34 | 12/24/2018 |
| 870950008 | 87095 | Rob Schantz | Brian Larsen | COSI #068 - WEST MONROE | COSI INC | Weekly Terms 14 Days | $20,816.69 | $783.26 | $6,242.11 | $4,178.65 | $9,612.67 | $0.00 | 12/24/2018 |
| 870950011 | 87095 | Rob Schantz | Brian Larsen | COSI #105 - ILLINOIS CENTER | COSI INC | Weekly Terms 14 Days | $19,505.66 | $741.20 | $5,856.12 | $3,315.52 | $9,592.82 | $116.11 | 12/24/2018 |
| 870950014 | 87095 | Rob Schantz | Brian Larsen | COSI #143 - DEARBORN | COSI INC | Weekly Terms 14 Days | $19,178.64 | $2,871.99 | $6,034.67 | $1,918.15 | $8,353.83 | $0.00 | 12/24/2018 |
| 870950028 | 87095 | Rob Schantz | Brian Larsen | COSI #079 - RIVERPOINT | COSI INC | Weekly Terms 14 Days | $14,078.41 | $5,183.42 | $2,377.94 | $2,321.46 | $4,195.59 | $27.65 | 12/24/2018 |
| 870950029 | | | | RDX COSI - SUPPORT CENTER | COSI INC | Weekly Terms 7 Days | $92,960.00 | $92,960.00 | SAME | SAME | SAME | $854.76 | CORP ACCT |
| 1/22/2019 BALANCE: | | | | | | | $1,325,293.52 | | | | | | |