IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| GORDON FOOD SERVICE, INC., | : |
| Plaintiff, | : |
| v. | : CASE NO. 1:19-CV-296 |
| COSI, INC., | : HON. ROBERT J. JONKER |
| Defendant. | : |

**NOTICE OF SUGGESTION OF BANKRUPTCY**

PLEASE TAKE NOTICE that on February 24, 2020 (the "Petition Date"), defendant Cosi, Inc. (the "Debtor") filed a voluntary petition seeking bankruptcy protection under Chapter 11 of Title 11 of the United States Code (11 U.S.C. § 101 *et seq.*) (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware. Information on the Debtor's bankruptcy filing may be accessed via the Debtor's court-appointed Claims and Noticing Agent's website at www.omniagentsolutions.com/cosi.

PLEASE TAKE FURTHER NOTICE that certain actions against the Debtor, such as the commencement or continuation of any litigation that could have been or was commenced before the Petition Date, including the instant litigation, are stayed pursuant to Section 362(a) of the Bankruptcy Code as of the Petition Date. Any action taken against the Debtor or its property, or exercising control of property of the Debtor, without obtaining the necessary relief from the automatic stay from the Bankruptcy Court is void and may result in a finding of contempt for violation of the automatic stay.

2

Dated:  February 27, 2020

**JAFFE RAITT HEUER & WEISS, P.C.**

By:  /s/ Paul R. Hage
Paul R. Hage (P70460)
27777 Franklin Rd., Suite 2500
Southfield, MI 48034
Tele: (248) 727-1543
phage@jaffelaw.com

*Counsel to Cosi, Inc.*

2